UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

DOYCE WILLIAMS,                        )
                                       )
            Plaintiff,                 )
                                       )
v.                                     )    CIVIL ACTION NO.
                                       )    5:06-CV-259-C
                                       )
MICHAEL J. ASTRUE,                     )
Commissioner of Social Security,       )
                                       )
            Defendant.                 )

## ORDER OVERRULING OBJECTIONS AND ADOPTING
## THE UNITED STATES  MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The United States Magistrate Judge entered a Report and Recommendation on May 17, 2007.

Plaintiff has filed objections to such Report and Recommendation.  The Court has made a *de novo*

review of the records.  It is, therefore,

**ORDERED** that Plaintiff's Objections are overruled, that the findings and conclusions of

the Magistrate Judge are hereby **ADOPTED** as the findings and conclusions of the Court, and that

the above-styled and -numbered cause is dismissed with prejudice.

Dated September 7, 2007.


_____
SAM R. CUMMINGS
UNITED STATES DISTRICT COURT